**Kenneth BOND, Petitioner–Appellant,**

v.

**Ronald ANGELONE, Respondent–Appellee.**

**No. 02–7043.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 27, 2002.

Decided Nov. 7, 2002.

miscarriage of justice. *Muth v. United States*, 1 F.3d 246, 250 (4th Cir.1993). We find no such circumstances present here.

**124**

Kenneth Bond, Appellant Pro Se. Michael Thomas Judge, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kenneth Bond seeks to appeal the district court's judgment denying his motion filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's memorandum opinion and conclude on the reasoning of the district court that Bond has not made a substantial showing of the denial of a constitutional right. *See Bond v. Angelone,* No. CA–01–1277–AM (E.D. Va. filed June 17, 2002; entered June 18, 2002). Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*